**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) LARRY STROUD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 15-cv-363-GKF-PJC |
| ) | |
| (1) LIBERTY MUTUAL INSURANCE ) | |
| COMPANY and (2) LM GENERAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above-captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear his or its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

Respectfully submitted,

/s/Jacob L. Rowe
Simone Gosnell Fulmer, OBA # 17037
Harrison C. Lujan, OBA # 30154
Jacob L. Rowe, OBA No. 21797
FULMER GROUP, PLLC
Post Office Box 2448
Oklahoma City, Oklahoma 73101
Telephone:    405-510-0077
Email:sfulmer@fulmergrouplaw.com
hlujan@fulmergrouplaw.com
jrowe@fulmergrouplaw.com
**ATTORNEYS FOR PLAINTIFF**

-1-

        *s/Tim D. Cain*
        Tim D. Cain, OBA #11779
        Wilson, Cain & Acquaviva
        300 NW 13th Street, Suite 100
        Oklahoma City, Oklahoma 73103
        Telephone: 405-236-2600; Fax: 405-236-2607
        Email: TimC@wcalaw.com
        ***Attorney for Defendant***
        ***LM General Insurance Company***